IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| DAWN ANGIONE, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 3:21-cv-00344<br>) |
| NATIONAL COUNSELING GROUP, INC. et al. | )<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION FOR FINAL APPROVAL OF
FAIR LABOR STANDARDS ACT SETTLEMENT**

Plaintiff Dawn Hendricks (formerly Angione), on behalf of herself and Opt-in Plaintiffs who timely opted into the Settlement by submitting a Consent to Join Form (collectively, "Plaintiffs"), and Defendants National Counseling Group, Inc. and Francis A. Viera, Jr., by their respective counsel, hereby jointly move for Final Approval of the Settlement of this Fair Labor Standards Act ("FLSA") collective action brought pursuant to 29 U.S.C. § 216(b).

The Parties respectfully request that the Court: (1) find the Settlement, consisting of a Gross Settlement Fund of $685,000.00, a fair, reasonable, and adequate resolution to the parties' *bona fide* dispute of FLSA claims; (2) award service payments to service payment recipients in the amount of $5,000.00 to Named Plaintiff Dawn Hendricks (formerly Angione), $1,000.00 to Opt-in Plaintiffs Francisco Diaz and Victor Holley; and $600.00 to Opt-in Plaintiffs Lisa Morisco, Keta Satchell, Elizabeth Garcia, Julia Meredith, and Lensley Eidson from the Gross Settlement Fund; (3) award 30% of the Gross Settlement Fund to Plaintiffs' Counsel for attorneys' fees, litigation expenses and costs in the amount of $205,500.00; (4) approve Claims

1

Administration fees of $12,500.00 to be paid from the Gross Settlement Fund; (5) direct the Claims Administrator to issue settlement checks to Plaintiff and Opt-in Plaintiffs, service payments, attorneys' fees, litigation expenses and costs consistent with the Parties' Settlement Agreement; and (6) dismiss the case with prejudice for Plaintiff and Opt-in Plaintiffs who submitted Consents to Join (*see* ECF No. 46-2), but retain jurisdiction for enforcement of the Settlement.

In support of this Joint Motion, the Parties separately file a memorandum of law in support of final approval of the Settlement.

Respectfully submitted this the 31st day of January 2022.

| | |
|---|---|
| /s/ Molly A. Elkin<br>Molly A. Elkin<br>Virginia State Bar No. 40967<br>McGILLIVARY STEELE ELKIN LLP<br>1101 Vermont Avenue, N.W., Suite 1000<br>Washington, DC 20005<br>Telephone: (202) 833-8855<br>mae@mselaborlaw.com<br><br>Sam J. Smith (admitted *pro hac vice*)<br>Loren Bolno Donnell (admitted *pro hac vice*)<br>Burr & Smith LLP<br>9800 4th Street North, Suite 200<br>St. Petersburg, FL 33702<br>Telephone: (813) 253-2010<br>SSmith@burrandsmithlaw.com<br>LDonnell@burrandsmithlaw.com<br><br>Counsel for Plaintiffs and Opt-in Plaintiffs | /s/   David C. Burton<br>David C. Burton<br>Virginia State Bar No. 33178<br>WILLIAMS MULLEN<br>222 Central Park Avenue, Suite 1700<br>Virginia Beach, Virginia 23462<br>Telephone: (757) 473-5354<br>Facsimile: (757) 473-0395<br>dburton@williamsmullen.com<br><br>Amanda M. Weaver<br>Virginia State Bar No. 86782<br>Counsel for Defendant<br>WILLIAMS MULLEN<br>200 South 10th Street, Suite 1600<br>Richmond, Virginia 23219<br>Telephone: (804) 420-6226<br>Facsimile: (804) 420-6507<br>aweaver@williamsmullen.com<br><br>Edward S. Schenk III (admitted *pro hac vice*)<br>North Carolina Bar No. 32917<br>Counsel for Defendant |

|  | WILLIAMS MULLEN<br>301 Fayetteville Street, Suite 1700<br>Raleigh, NC 27601<br>Telephone: (919) 981-4303<br>Facsimile: (919) 981-4300<br>eschenk@williamsmullen.com<br><br>Counsel for Defendants |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2022, I electronically filed the foregoing Joint Motion for Final Approval of Fair Labor Standards Act Settlement using the CM/ECF system, which will send a notification to attorneys of record.

/s/ Molly A. Elkin
Molly A. Elkin

3