Angione v. National Counseling Group
Final Opt- In List

| Number | FirstName | LastName | Settlement Payment | Service Award | Total |
|---|---|---|---|---|---|
| 1 | Gina Maria | Abbitt | 303.61 | 0 | 303.61 |
| 2 | Kayla Michelle | Abshire | 323.11 | 0 | 323.11 |
| 3 | Caroline Elizabeth | Adkins | 391.10 | 0 | 391.10 |
| 4 | Sabrina | Adkinson | 1,316.33 | 0 | 1,316.33 |
| 5 | Esther | Agyemfra | 411.29 | 0 | 411.29 |
| 6 | Jasalle | Allen | 259.47 | 0 | 259.47 |
| 7 | Lindsey Adair | Andrews | 103.98 | 0 | 103.98 |
| 8 | Dawn Downing | Angione | 1,859.00 | 5000 | 1,859.00 |
| 9 | Christie | Arnold | 869.95 | 0 | 869.95 |
| 10 | Shonda D | Artybridge | 1,708.58 | 0 | 1,708.58 |
| 11 | Rachel Dooley | Baker | 103.98 | 0 | 103.98 |
| 12 | Amy | Baynes | 675.96 | 0 | 675.96 |
| 13 | Patricia Lynn | Bevington | 810.87 | 0 | 810.87 |
| 14 | Savannah Snow | Blevins | 941.18 | 0 | 941.18 |
| 15 | Justin L | Bloom | 103.98 | 0 | 103.98 |
| 16 | Nadia A | Boateng | 1,522.62 | 0 | 1,522.62 |
| 17 | Elisa Joy | Bolinder | 1,078.77 | 0 | 1,078.77 |
| 18 | Lynsie N | Bowers | 204.80 | 0 | 204.80 |
| 19 | Saderia | Brace | 1,167.93 | 0 | 1,167.93 |
| 20 | Ashley Mowet | Braxton | 154.35 | 0 | 154.35 |
| 21 | Donell | Braxton | 926.93 | 0 | 926.93 |
| 22 | Latanya M | Brooks | 1,294.58 | 0 | 1,294.58 |
| 23 | Celeste | Brown | 553.88 | 0 | 553.88 |
| 24 | Dana M | Brown | 2,085.48 | 0 | 2,085.48 |
| 25 | Keyonda | Brown | 3,343.36 | 0 | 3,343.36 |
| 26 | Paula Francine | Brown | 721.25 | 0 | 721.25 |
| 27 | Roberta | Bugg-Bey | 717.93 | 0 | 717.93 |
| 28 | Amy Williams | Bundick | 202.06 | 0 | 202.06 |
| 29 | Jordan Lamar | Bundick | 702.83 | 0 | 702.83 |
| 30 | Kevin R | Burnette | 103.98 | 0 | 103.98 |
| 31 | Tyler | Burnette | 531.86 | 0 | 531.86 |
| 32 | Claudia C | Butler | 653.34 | 0 | 653.34 |
| 33 | Danielle Nicole | Butts | 456.66 | 0 | 456.66 |
| 34 | Iulia B | Canupp | 744.06 | 0 | 744.06 |
| 35 | Sara Lynn | Caparelli | 1,502.05 | 0 | 1,502.05 |
| 36 | Ashley | Card | 245.69 | 0 | 245.69 |
| 37 | Kaylah B | Carter | 1,307.07 | 0 | 1,307.07 |

Exhibit 1

Angione v. National Counseling Group
Final Opt- In List

| Number | FirstName | LastName | Settlement Payment | Service Award | Total |
|---|---|---|---|---|---|
| 38 | Samantha Hayman | Carter | 2,383.07 | 0 | 2,383.07 |
| 39 | Mary Knapp | Cash | 103.98 | 0 | 103.98 |
| 40 | Terieka | Chandler | 400.89 | 0 | 400.89 |
| 41 | Monique | Chappelle | 103.98 | 0 | 103.98 |
| 42 | Zachary Carter | Clay | 438.14 | 0 | 438.14 |
| 43 | Denise | Cockrell | 8,344.69 | 0 | 8,344.69 |
| 44 | Diana | Collins | 257.40 | 0 | 257.40 |
| 45 | Voncea Ward | Colmore | 1,188.58 | 0 | 1,188.58 |
| 46 | Alissa | Combs-Draughn | 106.07 | 0 | 106.07 |
| 47 | Brandie | Conner | 723.41 | 0 | 723.41 |
| 48 | Joseph M | Conner | 1,441.73 | 0 | 1,441.73 |
| 49 | Yalitza Lissette | Contreras | 442.88 | 0 | 442.88 |
| 50 | Angela Rochelle | Cooper | 884.72 | 0 | 884.72 |
| 51 | Patrick | Corrigan | 831.99 | 0 | 831.99 |
| 52 | Tonya Livengood | Cox | 786.86 | 0 | 786.86 |
| 53 | Seth Alexander | Criner | 418.96 | 0 | 418.96 |
| 54 | Whitney | Crowgey | 163.91 | 0 | 163.91 |
| 55 | Caitlin A | Cummings | 450.41 | 0 | 450.41 |
| 56 | Robert Owen | Cupps | 789.45 | 0 | 789.45 |
| 57 | Loreal | Darden | 990.13 | 0 | 990.13 |
| 58 | Elijah James | Deboe | 1,968.10 | 0 | 1,968.10 |
| 59 | Wendy | Dennen | 258.60 | 0 | 258.60 |
| 60 | Tanya Ann | Depetris | 438.65 | 0 | 438.65 |
| 61 | Ana | Devault | 6,946.78 | 0 | 6,946.78 |
| 62 | Derrick | Dews | 979.59 | 0 | 979.59 |
| 63 | Francisco J | Diaz | 5,598.58 | 1000 | 5,598.58 |
| 64 | Jacob | Dickens | 574.63 | 0 | 574.63 |
| 65 | Alexis Morgan | Dickerson | 505.48 | 0 | 505.48 |
| 66 | Brooklynn Samantha | Dimit | 1,049.67 | 0 | 1,049.67 |
| 67 | Jennifer | Dishner | 2,868.49 | 0 | 2,868.49 |
| 68 | Michelle Renee | Donachy | 109.13 | 0 | 109.13 |
| 69 | Dustin | Dooley | 510.62 | 0 | 510.62 |
| 70 | Candance | Doran | 686.70 | 0 | 686.70 |
| 71 | Maegan Lyric | Doyle | 717.19 | 0 | 717.19 |
| 72 | Latonya | Easter | 966.35 | 0 | 966.35 |
| 73 | Lenley | Eidson | 422.73 | 600 | 422.73 |
| 74 | Shelitha | Ellington | 690.18 | 0 | 690.18 |

Exhibit 1

Angione v. National Counseling Group
Final Opt- In List

| Number | FirstName | LastName | Settlement Payment | Service Award | Total |
|---|---|---|---|---|---|
| 75 | Shawn | Elliott | 2,023.24 | 0 | 2,023.24 |
| 76 | Michael Frederick | Ellis | 2,126.21 | 0 | 2,126.21 |
| 77 | Renee | Evans | 680.01 | 0 | 680.01 |
| 78 | Christianna Elizabeth | Farrow | 223.38 | 0 | 223.38 |
| 79 | Reshawn | Feldmeyer | 493.96 | 0 | 493.96 |
| 80 | Sarah Lynn | Fleming | 452.22 | 0 | 452.22 |
| 81 | Kelsey-Marie | Fugaro | 160.59 | 0 | 160.59 |
| 82 | Jessica Desirae | Fuller | 638.61 | 0 | 638.61 |
| 83 | Victorya Nicole | Fuller | 7,837.53 | 0 | 7,837.53 |
| 84 | Elizabeth | Garcia | 880.71 | 600 | 880.71 |
| 85 | Maria Celina | Garcia | 103.98 | 0 | 103.98 |
| 86 | Janine A | Gavin | 531.87 | 0 | 531.87 |
| 87 | Hunter | Gentry | 682.42 | 0 | 682.42 |
| 88 | Athnel Orwen | George | 1,276.96 | 0 | 1,276.96 |
| 89 | Michael Gregory | Gipson | 103.98 | 0 | 103.98 |
| 90 | Crystal Sophelia | Glass | 191.76 | 0 | 191.76 |
| 91 | Brandy | Goode | 1,675.85 | 0 | 1,675.85 |
| 92 | Ebony | Graham-Hannah | 851.48 | 0 | 851.48 |
| 93 | Amy | Greenough | 168.84 | 0 | 168.84 |
| 94 | Tyler Andrew | Greenough | 781.84 | 0 | 781.84 |
| 95 | Sara Louise | Hafenbreadl | 1,895.09 | 0 | 1,895.09 |
| 96 | Kayla Mali | Hall | 530.87 | 0 | 530.87 |
| 97 | Megan E | Hall | 1,035.65 | 0 | 1,035.65 |
| 98 | Shaniqua | Handy | 1,592.57 | 0 | 1,592.57 |
| 99 | Brandon | Harman | 283.55 | 0 | 283.55 |
| 100 | Hollie M | Harmon-Smith | 846.62 | 0 | 846.62 |
| 101 | Kristen | Harris | 1,722.57 | 0 | 1,722.57 |
| 102 | Robyn | Harris | 472.60 | 0 | 472.60 |
| 103 | Shashonnie D | Harris | 1,827.44 | 0 | 1,827.44 |
| 104 | Kimberly Dianah | Hash | 814.83 | 0 | 814.83 |
| 105 | Seth Jordan | Heller | 103.98 | 0 | 103.98 |
| 106 | Andrea | Henry | 143.62 | 0 | 143.62 |
| 107 | Daisha | Hines | 1,293.23 | 0 | 1,293.23 |
| 108 | Jeniffer L | Hobbs | 621.73 | 0 | 621.73 |
| 109 | Harry | Hogshead | 1,788.86 | 0 | 1,788.86 |
| 110 | Rose Marie | Holden | 233.76 | 0 | 233.76 |
| 111 | Victor | Holley | 1,323.95 | 1000 | 1,323.95 |

Exhibit 1

Angione v. National Counseling Group
Final Opt- In List

| Number | FirstName | LastName | Settlement Payment | Service Award | Total |
|---|---|---|---|---|---|
| 112 | Amanda Whited | Holterman | 1,306.32 | 0 | 1,306.32 |
| 113 | Crystal | Horton | 927.36 | 0 | 927.36 |
| 114 | Karen | Hudson | 1,925.99 | 0 | 1,925.99 |
| 115 | Samantha S | Hurt | 1,011.83 | 0 | 1,011.83 |
| 116 | Alicia | Jantzi | 725.27 | 0 | 725.27 |
| 117 | Christina Monique | Johnson | 1,397.36 | 0 | 1,397.36 |
| 118 | Crystan Ranee | Johnson | 498.56 | 0 | 498.56 |
| 119 | Julie Robyn | Johnson | 1,804.62 | 0 | 1,804.62 |
| 120 | Kyron Shamard | Jones | 1,517.05 | 0 | 1,517.05 |
| 121 | Silvanis M | Jones | 103.98 | 0 | 103.98 |
| 122 | Nathaniel Edward | Jones Jr | 372.78 | 0 | 372.78 |
| 123 | Lydia Suzanne | Kalb | 181.84 | 0 | 181.84 |
| 124 | Shaquontae | Kellam | 524.60 | 0 | 524.60 |
| 125 | Roman A | Keller | 1,519.92 | 0 | 1,519.92 |
| 126 | Sarah | Kelley | 564.31 | 0 | 564.31 |
| 127 | Travis Steven | Kessell | 280.04 | 0 | 280.04 |
| 128 | Tiffany Dawn | Kessinger | 2,228.65 | 0 | 2,228.65 |
| 129 | Mallory Leslie | Kilgore | 3,361.21 | 0 | 3,361.21 |
| 130 | Kaden | Kinaj | 404.62 | 0 | 404.62 |
| 131 | Lanae Alexis | King | 144.83 | 0 | 144.83 |
| 132 | Audra | Koogler | 454.88 | 0 | 454.88 |
| 133 | Nathan M | Kretzschmar | 209.10 | 0 | 209.10 |
| 134 | Jill K | Lascola | 794.04 | 0 | 794.04 |
| 135 | Shantel L | Lawson | 852.76 | 0 | 852.76 |
| 136 | Andrea | Lee | 667.68 | 0 | 667.68 |
| 137 | Whitney Ryan | Lee | 365.14 | 0 | 365.14 |
| 138 | Holleigh | Lewis | 530.04 | 0 | 530.04 |
| 139 | Skyler Raven | Lewis | 1,123.61 | 0 | 1,123.61 |
| 140 | Claudia Fredericka | Linton | 1,244.00 | 0 | 1,244.00 |
| 141 | Abrishiel | Lockett | 1,398.54 | 0 | 1,398.54 |
| 142 | Briandra Jamil | Logan | 565.73 | 0 | 565.73 |
| 143 | Victoria Elaine | Lohman | 103.98 | 0 | 103.98 |
| 144 | Veronica Elisa | Long | 103.98 | 0 | 103.98 |
| 145 | Kianna J | Lumpkins | 449.15 | 0 | 449.15 |
| 146 | Nu Thuc | Ly | 6,919.85 | 0 | 6,919.85 |
| 147 | Megan | Marker | 139.58 | 0 | 139.58 |
| 148 | Carla R | Marr | 2,597.04 | 0 | 2,597.04 |

Exhibit 1

Angione v. National Counseling Group
Final Opt- In List

| Number | FirstName | LastName | Settlement Payment | Service Award | Total |
|---|---|---|---|---|---|
| 149 | Roberto | Marshall | 1,273.32 | 0 | 1,273.32 |
| 150 | Tiffany Lynn | Marshall | 781.46 | 0 | 781.46 |
| 151 | Rossemary Carmen | Martinez | 3,163.96 | 0 | 3,163.96 |
| 152 | Drucilla T | Matthews-Beach | 1,443.84 | 0 | 1,443.84 |
| 153 | Christina Sade | Mcelroy | 1,011.61 | 0 | 1,011.61 |
| 154 | Corinne | Mckenzie | 1,640.17 | 0 | 1,640.17 |
| 155 | Deja Simone | Mcneil | 1,165.96 | 0 | 1,165.96 |
| 156 | Lakuan | Mcphaul | 1,152.50 | 0 | 1,152.50 |
| 157 | Sarah Jane | Meadows | 245.48 | 0 | 245.48 |
| 158 | Michelle Denise | Meehan | 1,545.35 | 0 | 1,545.35 |
| 159 | Tanisha Michelle | Meekins | 1,474.82 | 0 | 1,474.82 |
| 160 | Ayla Vitalia | Mendez | 734.74 | 0 | 734.74 |
| 161 | Micheal J | Mendez | 568.99 | 0 | 568.99 |
| 162 | Julia S | Meredith | 639.96 | 600 | 639.96 |
| 163 | Sarah Elizabeth Goy | Merten | 383.05 | 0 | 383.05 |
| 164 | Shantell C | Milburn | 103.98 | 0 | 103.98 |
| 165 | Shakira Collins | Miller | 103.98 | 0 | 103.98 |
| 166 | Zanda Michelle | Miller | 319.07 | 0 | 319.07 |
| 167 | Christina L | Millson | 1,096.37 | 0 | 1,096.37 |
| 168 | Alecia Genary | Minor | 1,007.37 | 0 | 1,007.37 |
| 169 | Rhyan | Mitchell | 1,757.26 | 0 | 1,757.26 |
| 170 | Elizabeth | Mohaupt | 1,634.28 | 0 | 1,634.28 |
| 171 | Alton L | Montgomery | 475.45 | 0 | 475.45 |
| 172 | Sandra | Morales | 536.12 | 0 | 536.12 |
| 173 | Lisa | Morisco | 493.89 | 600 | 493.89 |
| 174 | Samantha Carnel | Morris | 787.93 | 0 | 787.93 |
| 175 | Kristen L | Morrison | 2,316.37 | 0 | 2,316.37 |
| 176 | Adrienne | Mowery | 768.55 | 0 | 768.55 |
| 177 | Jason | Munoz | 1,818.30 | 0 | 1,818.30 |
| 178 | Kim | Murphy Orr | 137.84 | 0 | 137.84 |
| 179 | Ann Haruko | Murray | 1,050.58 | 0 | 1,050.58 |
| 180 | Kassie Brown | Myers | 307.74 | 0 | 307.74 |
| 181 | Ashley | Nash | 240.28 | 0 | 240.28 |
| 182 | Adam Taylor | Neal | 403.23 | 0 | 403.23 |
| 183 | Emily | Neal | 748.40 | 0 | 748.40 |
| 184 | Philip Alexander | Neal | 2,056.89 | 0 | 2,056.89 |
| 185 | Kathleen M | Neff | 267.93 | 0 | 267.93 |

Exhibit 1

Angione v. National Counseling Group
Final Opt- In List

| Number | FirstName | LastName | Settlement Payment | Service Award | Total |
|---|---|---|---|---|---|
| 186 | Bianca | Neston | 1,283.66 | 0 | 1,283.66 |
| 187 | Deangela Patrice | Newsome | 819.37 | 0 | 819.37 |
| 188 | Matthew Alan | Nyce | 749.37 | 0 | 749.37 |
| 189 | Thomas Leon | Owens | 620.02 | 0 | 620.02 |
| 190 | Luis | Padilla | 907.60 | 0 | 907.60 |
| 191 | Tina Marie | Paige | 1,016.63 | 0 | 1,016.63 |
| 192 | Shanta E | Pannell | 992.24 | 0 | 992.24 |
| 193 | Monica | Parker | 103.98 | 0 | 103.98 |
| 194 | William I | Parker | 2,403.63 | 0 | 2,403.63 |
| 195 | Erika Bonner | Parkinson | 735.18 | 0 | 735.18 |
| 196 | Jeremy | Payne | 2,392.40 | 0 | 2,392.40 |
| 197 | Aaron | Peck | 595.72 | 0 | 595.72 |
| 198 | Alexis | Perry | 1,124.10 | 0 | 1,124.10 |
| 199 | Chanda | Poole | 719.04 | 0 | 719.04 |
| 200 | Tertia M | Powell | 264.59 | 0 | 264.59 |
| 201 | Shirley | Powell-Tazewell | 15,058.54 | 0 | 15,058.54 |
| 202 | Joseph | Purvis | 271.92 | 0 | 271.92 |
| 203 | Alex J | Quash | 124.60 | 0 | 124.60 |
| 204 | William | Raupp | 103.98 | 0 | 103.98 |
| 205 | Taylor David | Read | 1,222.98 | 0 | 1,222.98 |
| 206 | Jamie A | Reams | 900.75 | 0 | 900.75 |
| 207 | Patrice | Regester | 1,189.23 | 0 | 1,189.23 |
| 208 | Stacia | Reinhardt | 934.98 | 0 | 934.98 |
| 209 | Lisa M | Revely | 359.33 | 0 | 359.33 |
| 210 | Sheranda | Reynolds | 1,508.49 | 0 | 1,508.49 |
| 211 | Britney | Richardson | 959.83 | 0 | 959.83 |
| 212 | Erin | Roberts | 5,251.07 | 0 | 5,251.07 |
| 213 | Brittany Bongiazio | Roberts-Emery | 344.33 | 0 | 344.33 |
| 214 | Melanie | Robinson | 1,261.56 | 0 | 1,261.56 |
| 215 | Demana Marie | Rollins-Joyner | 1,379.25 | 0 | 1,379.25 |
| 216 | Shantavia Roniqua | Royal | 614.81 | 0 | 614.81 |
| 217 | Alicia | Sadler | 714.91 | 0 | 714.91 |
| 218 | Irvine | Saint-Vilus | 103.98 | 0 | 103.98 |
| 219 | Latarsha | Sargent | 2,602.19 | 0 | 2,602.19 |
| 220 | Keta G | Satchell | 2,208.65 | 600 | 2,208.65 |
| 221 | Javaid | Saunders | 819.22 | 0 | 819.22 |
| 222 | Jennifer L | Schraff | 948.51 | 0 | 948.51 |

Exhibit 1

Angione v. National Counseling Group
Final Opt- In List

| Number | FirstName | LastName | Settlement Payment | Service Award | Total |
|---|---|---|---|---|---|
| 223 | Elizabeth | Scott | 760.43 | 0 | 760.43 |
| 224 | Sharon Louise | Seiz-Jones | 170.47 | 0 | 170.47 |
| 225 | Jennifer May | Seluta | 1,683.62 | 0 | 1,683.62 |
| 226 | Emily Blayke | Severt | 632.37 | 0 | 632.37 |
| 227 | Terry L | Shepard | 1,325.96 | 0 | 1,325.96 |
| 228 | Brittany | Short | 575.68 | 0 | 575.68 |
| 229 | Cynthia Nicole | Simmons | 357.28 | 0 | 357.28 |
| 230 | Renita | Simons | 473.93 | 0 | 473.93 |
| 231 | Amber D | Singleton | 654.41 | 0 | 654.41 |
| 232 | Jennifer Leigh | Skinner | 221.32 | 0 | 221.32 |
| 233 | Ieshia | Smith | 2,562.99 | 0 | 2,562.99 |
| 234 | Kevin Ellis | Smith | 831.99 | 0 | 831.99 |
| 235 | Sherell V | Smith | 1,066.16 | 0 | 1,066.16 |
| 236 | Shannon | Soto | 1,027.99 | 0 | 1,027.99 |
| 237 | Salina Elizabeth | Speck | 383.50 | 0 | 383.50 |
| 238 | Jeffrey | Speller Jr | 923.98 | 0 | 923.98 |
| 239 | Kenyatta J | Spencer | 268.03 | 0 | 268.03 |
| 240 | Kristin Marie | Spitler | 358.26 | 0 | 358.26 |
| 241 | Kristina Amanda | Sprouse | 983.21 | 0 | 983.21 |
| 242 | Jonah Morgan | Starr | 1,045.36 | 0 | 1,045.36 |
| 243 | Kimberly | Stautzenbach | 1,073.07 | 0 | 1,073.07 |
| 244 | Danielle | Stephenson | 225.59 | 0 | 225.59 |
| 245 | Rebecca Nicole | Stotler-Griffith | 358.21 | 0 | 358.21 |
| 246 | Kayla Ann | Strickland | 769.93 | 0 | 769.93 |
| 247 | Angela K | Stuchlik | 103.98 | 0 | 103.98 |
| 248 | Carter Wheeler | Summerville | 2,544.04 | 0 | 2,544.04 |
| 249 | Ashley Alexander | Swann-Tolbert | 741.05 | 0 | 741.05 |
| 250 | Bria Nichele | Sweat | 305.82 | 0 | 305.82 |
| 251 | Anna M | Swogger | 469.10 | 0 | 469.10 |
| 252 | Keiranni S | Taylor | 103.98 | 0 | 103.98 |
| 253 | Stephanie Ann | Thomas | 2,808.67 | 0 | 2,808.67 |
| 254 | Austin Michael | Tippen | 1,147.86 | 0 | 1,147.86 |
| 255 | Darshei | Trent | 151.43 | 0 | 151.43 |
| 256 | Zachary Austin | Ulmer | 480.90 | 0 | 480.90 |
| 257 | Erika Latrice | Underwood | 103.98 | 0 | 103.98 |
| 258 | Diana | Vera | 2,342.50 | 0 | 2,342.50 |
| 259 | Tionell | Waddler | 681.81 | 0 | 681.81 |

Exhibit 1

Angione v. National Counseling Group
Final Opt- In List

| Number | FirstName | LastName | Settlement Payment | Service Award | Total |
|---|---|---|---|---|---|
| 260 | Sherie | Washington | 835.12 | 0 | 835.12 |
| 261 | Yasha | Watson | 1,097.71 | 0 | 1,097.71 |
| 262 | Deada | Weaver | 661.90 | 0 | 661.90 |
| 263 | Lamona Daniesha | West | 274.47 | 0 | 274.47 |
| 264 | Beth Ann | Westmoreland | 1,189.74 | 0 | 1,189.74 |
| 265 | Tanika T | Westry | 654.34 | 0 | 654.34 |
| 266 | Larissa Frances | Whalen | 697.58 | 0 | 697.58 |
| 267 | Angela M | Wheeler | 103.98 | 0 | 103.98 |
| 268 | Sandra | White | 1,632.54 | 0 | 1,632.54 |
| 269 | Cecilia | Williams | 161.71 | 0 | 161.71 |
| 270 | Dominic Leandre | Williams | 430.54 | 0 | 430.54 |
| 271 | Sarina Danielle | Wills | 705.82 | 0 | 705.82 |
| 272 | Monica Sanchez | Wilson | 139.17 | 0 | 139.17 |
| 273 | Teresa Ann | Wilson | 1,659.76 | 0 | 1,659.76 |
| 274 | Lynesha | Womble | 336.30 | 0 | 336.30 |
| 275 | Shundra Jenkins | Wooden | 7,035.96 | 0 | 7,035.96 |
| 276 | Carmen | Wyse | 1,209.64 | 0 | 1,209.64 |
| 277 | Sukyoung Abraham | Yoon | 422.09 | 0 | 422.09 |
| 278 | Kathryn | Yopp | 2,015.00 | 0 | 2,015.00 |
| 279 | Abby Marie | Young | 225.26 | 0 | 225.26 |
| | | Totals | 296,158.34 | $10,000.00 | 296,158.34 |

Exhibit 1